UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD VLADIMIROV ANDROSHCHUK,<br><br>        Petitioner,<br><br>   v.<br><br>MARTIN BITER, Warden,<br><br>        Respondent. | No. 2:15-cv-1204 MCE AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 20.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 18, 2016 (ECF No. 20), are ADOPTED IN FULL; and

2. Petitioner's motion for stay (ECF No. 17) is DENIED.

Dated:  March 14, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE