UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| EDUARD VLADIMIROV ANDROSHCHUK, | No. 2:15-cv-1204 MCE AC P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| M. ELIOT SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a response to an order from the Ninth Circuit Court of Appeals and a motion for an extension of time to file a notice of appeal. ECF Nos. 43, 44.

Petitioner has filed a response to an order from the Ninth Circuit Court of Appeals in which he states he is voluntarily dismissing his appeal of this court's March 31, 2017 order. ECF No. 43. This court will not take any action with respect to plaintiff's notice of voluntary dismissal because it is moot, as the Ninth Circuit has already dismissed the appeal for failure to prosecute. ECF No. 42. Petitioner is advised that in the future, filings intended for the Ninth Circuit must be captioned for and sent to that court.

Petitioner has also filed a motion for extension of time to file a notice of appeal of the October 11, 2017 order granting his motion for reconsideration and granting respondent's motion to dismiss (ECF No. 40). ECF No. 44. The certificate of service states that the motion was

1

mailed on November 5, 2017 (ECF No. 43 at 4), making it timely under the prison mailbox rule, Houston v. Lack, 487 U.S. 266, 276 (1988). However, the motion was not received by the court until November 20, 2017. Given the length of time between the asserted mailing date and the date the motion was received by the court, respondent will be given an opportunity to respond to the motion for extension, including whether the motion was timely. See Fed. R. App. P. 4(a)(5)(B).

Accordingly, IT IS HEREBY ORDERED that, within fourteen days of the filing of this order, respondent may file a response to petitioner's motion for an extension of time.

DATED: November 22, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE