UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD VLADIMIROV ANDROSHCHUK, | No. 2:15-cv-1204 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| M. ELIOT SPEARMAN, | |
| Respondent. | |

Petitioner moved for an extension of time to file his notice of appeal. ECF No. 44. Respondent was given an opportunity to respond to the motion. ECF No. 45. Respondent opposes the motion for extension on the ground that petitioner has failed to establish the good cause necessary to permit the requested extension. ECF No. 50. Petitioner has not filed a reply. However, a recent court document was served on petitioner's address of record and returned by the postal service. Additionally, the California Department of Corrections and Rehabilitation's inmate locator shows that petitioner is no longer housed at High Desert State Prison and is now at Mule Creek State Prison. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

Since it appears that petitioner may not have received respondent's opposition to his motion for an extension of time because he failed to properly update his address, the court will

1

direct respondent to re-serve his opposition and petitioner will be given one more opportunity to file a reply. Petitioner is reminded that he must notify the court when his address changes.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed update petitioner's address of record to Mule Creek State Prison, P.O. Box 409099, Ione, CA 95670.

2. Respondent is directed to re-serve petitioner with his opposition to the motion for extension of time (ECF No. 50) at Mule Creek State Prison within seven days of the filing of this order. Petitioner may file a reply within seven days of service of the opposition.

DATED: January 30, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE